**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

## JUDGMENT IN A CIVIL CASE

IN RE:                                                             )
                                                                   )
NOEL J.P. ENGEL,   Plaintiff.                                      )


___ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's case is dismissed without prejudice.


September 5, 2017                                     Paige Wymore-Wynn
Date                                                  Clerk of Court

                                                      /s/ Tracy L. Diefenbach
                                                      (by) Deputy Clerk